**Dated: May 22, 2013**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re  Ronnie Chris Etheridge          Case No. **12-13148**
       Terrie Dale Etheridge           Chapter No. **7**

Debtors.
_____

SUA SPONTE ORDER FIXING
CASE MANAGEMENT STATUS CONFERENCE
_____

It appearing to the Court and at the request of the other Bankruptcy Judges of this Judicial District and in accordance with L.B.R. 1073-1, that a Case Management Status Conference should be held in this case to discuss the administration of the case generally, and particularly to consider those matters to be resolved before a final decree may be entered in this case; now therefore,

Please take notice that a Case Management Status Conference will be held on **June 13, 2013** **at 9:30 a.m.** **in Courtroom 342** **at 111 S. Highland, Jackson, TN**. The status conference may be continued from time to time by oral announcement. The case trustee and the designee of the United States trustee for Region 8 should attend the status conference. The case trustee should be prepared to provide an oral report of the administration of these cases. The attorneys for the Debtors are welcome to attend, but their attendance is not required.

If all matters required for closure of the case is completed prior to the scheduled status conference, then the case trustee need not attend.

SuaSponteOrderFixingCoorStatusConfco050104